CRIMINAL CASE INFORMATION SHEET     *18-315*

Pittsburgh  ✓            Erie _____        Johnstown _____

Related to No.    18-cr-282, 18-cr-283, 18-cr-    Judge            Bissoon
                  284, 18-cr-285 and 17-cv-439

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:    1.    _____    Narcotics and Other Controlled Substances
             1a.   _____    Narcotics and Other Controlled Substances
                            (3 or more Defendants)
             2.    _____    Fraud and Property Offenses
             2a.    ✓       Fraud and Property Offenses
                            (3 or more Defendants)
             3.    _____    Crimes of Violence
             4.    _____    Sex Offenses
             5.    _____    Firearms and Explosives
             6.    _____    Immigration
             7.    _____    All Others

Defendant's name:                    Tony Brown

Is indictment waived:                _____ Yes         ✓ No

Pretrial Diversion:                  _____ Yes         ✓ No

Juvenile proceeding:                 _____ Yes         ✓ No

Defendant is:                        ✓ Male            _____ Female

Superseding indictment or information   _____ Yes      ✓ No

                    Previous case number:  _____

If superseding, previous case was/will be:

            _____  Dismissed on defendant's motion
            _____  Dismissed on governments' motion
            _____  After appellate action
            _____  Other (explain)

County in which first offense cited
occurred:                        Allegheny

Previous proceedings before
Magistrate Judge:                _____

        Case No.:                _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S.
custody began:                                    _____

Defendant:                          _____ is in custody        ✓ is not in custody

Name of Institution:                              _____

Custody is on:                      _____ this charge      _____ another charge

                                          _____ another conviction

                                    _____ State              _____ Federal

Detainer filed:                     _____ yes              ✓ no

Date detainer filed:                              _____

Total defendants:                    12

Total counts:                        22

Data below applies to defendant No.:  5

Defendant's name:                    Tony Brown    _____


## SUMMARY OF COUNTS

| COUNTS | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud | ✓ |
| 2 | 18 U.S.C. §§ 1347 and 2 | Health Care Fraud | ✓ |


I certify that to the best of my knowledge the above entries are true and correct.

DATE:    **NOV 2 6 2018**                    _____
                                            ERIC G. OLSHAN
                                            Assistant U.S. Attorney
                                            IL ID No. 6290382